EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Integración de las Salas de Despacho durante los meses de mayo y junio de 2018 | 2018 TSPR 58<br><br>200 DPR ____ |

Número del Caso: ES-2018-1

Fecha: 13 de abril de 2018

Materia: Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Integración de las Salas de
Despacho durante los meses de          ES-2018-1
mayo y junio de 2018

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de abril de 2018.

Según lo dispuesto en la Regla 4(d) del Reglamento del Tribunal Supremo, 4 L.P.R.A. Ap. XXI-B, se constituyen las siguientes Salas de Despacho para que funcionen durante los meses de mayo y junio de 2018:

*Primera Sala de Despacho*:

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

*Segunda Sala de Despacho:*

Hon. Rafael L. Martínez Torres, Presidente
Hon. Edgardo Rivera García
Hon. Roberto Feliberti Cintrón
Hon. Ángel Colón Pérez

De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otra Jueza u otro Juez que no forme parte de esa Sala. Tal designación se hará en orden sucesivo de antigüedad.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan E. Dávila Rivera
Secretario del Tribunal Supremo